CLARA ISABELLE CURTIS et al., Appellants, *v.* ANN MURPHY
et al., Respondents.

(Argued December 3, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
June 3, 1890, which overruled plaintiffs' exceptions, directed
by the court in favor of defendants, denied a motion for a
new trial and directed judgment in favor of defendants upon
said verdict.

*John Townshend* for appellants.

*John F. Dillon* for respondents.

Agree to affirm on authority of *Townshend* v. *Frommer* (125 N. Y. 446).

All concur.

Judgment affirmed. _____